**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DAVID A. SCHNUR D/B/A** )<br>**SCHNUR ENTERPRISES,** )<br>)<br>**Defendant.** ) | Case No. 3:15-cv-00417-PMF |

**ORDER STRIKING PLAINTIFF'S OFFER OF JUDGMENT**

**FRAZIER, Magistrate Judge:**

On November 18, 2015 plaintiff Union Pacific Railroad Company filed an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure. There are two problems with plaintiff's Offer of Judgment. First, only the defendant or a plaintiff defending against a counterclaim may submit an offer of judgment. *See* Rule 68(a); *Delta Air Lines, Inc. v. Aug.*, 450 U.S. 346, 350 (1981) ("The Rule has no application to offers made by the plaintiff"). Second, the offer of judgment should only be filed with the Court after the plaintiff accepts the offer, or a defendant may use evidence of an unaccepted offer after judgment for the purpose of determining costs. Rule 68; *Kason v. Amphenol Corp.*, 132 F.R.D. 197, 197 (N.D. Ill. 1990). For these reasons, plaintiff's Offer of Judgement is hereby STRICKEN.

**SO ORDERED.**

**DATED:   November 20, 2015 .**

*s/Philip M. Frazier*
**PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE**